IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:23-MJ-946 |
| DOMINGO CASTILLA-CASTILLO | § | |

## NOTICE OF APPEARANCE

The United States hereby gives notice to the Court of the assignment of counsel for the above referenced case. Effective immediately, George Stuart Tallichet, Jr., Assistant United States Attorney, will be the AUSA assigned to this case. Please forward all correspondence to George.Tallichet@usdoj.gov.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By:   /S/ *Stuart Tallichet*
George Stuart Tallichet, Jr.
SDTX ID No. 3778999
SBOT No. 24071215